In the Matter of the CITY OF NEW YORK, Appellant and Respondent, Relative to Acquiring Title to Real Property for the Brooklyn-Battery Tunnel Plaza, etc., in the Borough of Manhattan. JOHN J. CRAY, as Trustee for Certificate Holders of Guarantee No. 209983 of Bond and Mortgage Guarantee Company under a Declaration of Trust, Respondent and Appellant.

Argued November 28, 1949; decided December 29, 1949.

*John P. McGrath, Corporation Counsel (Benjamin Offner, Harry E. O'Donnell* and *Reuben Levy* of counsel), for appellant-respondent.

*Benjamin Hurwitz, Daniel W. Blumenthal, Burton Blumenthal* and *Louis Wertheim* for respondent-appellant.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.